# United States District Court
## Violation Notice
(Rev. 1/2019)

| Location Code | Violation Number | Officer Name (Print) | Officer No. |
|---|---|---|---|
| MY 11 | 9467659 | Zwick | 823 |

**YOU ARE CHARGED WITH THE FOLLOWING VIOLATION**

| Date and Time of Offense | Offense Charged ☐ CFR ☐ USC ☒ State Code |
|---|---|
| 11/26/25  0722 | MTA 21-801.1 |

Place of Offense: Amber Drive Fort Detrick MD 21702

Offense Description: Factual Basis for Charge    HAZMAT ☐
MTA 21-801.1 Exceed max speed of 37mph in a 25mph zone.

**DEFENDANT INFORMATION**

Last Name: Kamsu
First Name: Gervais

Tag No: TZN 3032 | State: VA | Year: 23 | Make: Subaru | Color: BLK

**APPEARANCE IS REQUIRED**
A ☐ If Box A is checked, you must appear in court. See instructions.

**APPEARANCE IS OPTIONAL**
B ☒ If Box B is checked, you must pay the total collateral due or in lieu of payment appear in court. See instructions.

$ 80 Forfeiture Amount
+ $30 Processing Fee
$ 110 Total Collateral Due

PAY THIS AMOUNT AT www.cvb.uscourts.gov

**YOUR COURT DATE**
(If no court appearance date is shown, you will be notified of your appearance date by mail.)

Court Address: 1520 Freedman Drive Fort Detrick MD 21702
Date: TBD
Time: TBD

X Defendant Signature: [signed]

Original - CVB Copy

*9467659*

---

## STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on **Nov 26**, 20**25** while exercising my duties as a law enforcement officer in the **Fort Detrick** District of **Maryland**

On 20251124 at 0722 HRS I observed a Black Subaru bearing VA REG TZN 3032 Traveling W/B on Amber Drive at a high rate of speed. My visual observation was confirmed by RADAR with an audio/Digital display of 37mph in a clearly posted 25mph zone. I activated my emergency equipment and conducted a traffic stop. I identified the operator Kamsu by their driver's license.

The foregoing statement is based upon:
☒ my personal observation    ☒ my personal investigation
☐ information supplied to me from my fellow officer's observation
☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: 11/26/2025    Officer's Signature: [signed]

Probable cause has been stated for the issuance of a warrant.

Executed on: _____    U.S. Magistrate Judge

HAZMAT = Hazardous material involved in incident; PASS = 9 or more passenger vehicle;
CDL = Commercial drivers license; CMV = Commercial vehicle involved in incident